No. 97–9038. ABDULHASEEB v. HARGETT, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 97–9039. HUDSON v. OKALOOSA COUNTY BOARD OF COUNTY COMMISSIONERS ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–9046. HORPENKO v. BLISS. Super. Ct. N. J., App. Div. Certiorari denied.

No. 97–9049. KING v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 97–9051. ROBINSON v. SANDERS, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–9052. SMITH v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 97–9053. RAINES v. GHEE ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–9055. HARRIS v. MORGAN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 97–9056. COLLINS v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 97–9059. HARDY v. HAMLIN ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–9062. CASTALDI v. TOWNSHIP OF RADNOR ET AL. Commw. Ct. Pa. Certiorari denied.

No. 97–9064. WILKERSON v. NIELSEN, CHAIRMAN, CALIFORNIA BOARD OF PRISON TERMS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–9065. WALDEN v. LUNGREN, ATTORNEY GENERAL OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 97–9068. MORGAN v. KIMBROUGH ET AL. C. A. 9th Cir. Certiorari denied.